1:97-cr-145-McKeague
1:99-cr-76-Bell

tim Greeley.

① is your name McK...?

why you steal the corupt, perverts Mail?

② I want to convene a grand Jury, to arrest Robert Holmes Bell, for?
① murder, to cover up a rape by his son.
② taking bribes. intemidating clerks, into obstruction of justice (false transcripts)
③ civil rights violations.

McKeague, or someone, did that in your courthouse. also. (FALSE TRANSCRIPTS)

MARVIN gABRION II
#09184-055   S.Co.U.
THE INNOCENT ONE,
U.S. ~~_____~~ FEDERAL DEATH ROW.
P.O. BOX 33
TERRE HAUTE, IND.
47808-0033

CLERK MAGGOTTs.!

Give THis Reclusal To McKeague. All cases, And

02-1386 6TH CiRC.

1570

1461

Clerks: you juvenile delinquents, should have your thieving lieing tongue's cut out! and youl are fired.

RELUSAL
OF→ DAVID McKeague.

6TH CIRCUIT
CASE NO. 1386
1570

RECLUSAL.
David W. McKeague, did in fact, obstruct justice, &
encouraged, then allowd U.S. prosecutor Tim verhey, to threaten
the jury, in his kangaroo court, during the framing of:
THE MARVLS1.

Verhey,"...if you do not return a conviction,I will have you the
jury investiugated for obstruction of justice."  YOU,
aparently, told your court recorder types, to whitewash,(make a
dishonest transcript), removing his jury threat!!!

secondly. you simply, whole hog, invented a $8,000 dollar,
pay-ola, to a whore you were openly flirting with in the court room.
I got 200 from Betty McKenny's former live in, you paid her, *8,000
restitution. that I have to pay!!!

thirdly.  You told the spineless piece of shit lawyer, david
Kaczor, that if he helped, frame me for your buddy Robert Bell,
(The corupt crazy federal judge,) you would pay him, what amounsts to
several bribes.   (1) paid him 4 times the going rate for social
security fraud cases!!!   (2) pulled strings and got him made,
federal public defender, in the Grand Rapids office.

make copies. → you may send the 'relief sought' to judge bell,
and judge Joseph scoville.  Tell them all is forgiven.  and that
I want you to know as well.  I have learned much.  a tremendous,
amount of time to think, a great huge gift, that no normal human,
ever does recieve, cuz they are frichin to busy!!!!

also. you may mail copies of the relief sought to the media,
lansing gazzete, detgroit news, radio? T.V.?   the scum
here steal my mail, to media, in violation of everything right!
you need not copy, this reclusal, and if it took, a slam on
verhey, or you to get you reclused then I would say, nay! just
forget it, if that would be so. If it is simple, then good.
recluse yourself.

Marvin gabrion II
#09184-055 S.C.U.
U.S. Federal Death Row,
P.O. Box 33
Terre haute, Indiana,
47808-0033

calls,mail, visits arranged by:
Mr. bruce Ryherd,
812-244-4572
bryherd@bop.gov




# RELIEF/DECISION SOUGHT
### OR
### EXECUTION OF FEMALES UNCONSTITUTIONAL

(1) Evolving standards of decency, mandates that all executions of females, must end forever. The execution of even one innocent female, the extreme absolute proof that innocent have been executed, coincide, to emediately stop all executions of females.

(2) Marvin Gabrion II, is Factually Innocent, court officers Chosen By, Honourable Gilbert Merritt, should emediately rescue Marvls1 from murderous B.O.P. and monitor his safe release. OFTEN THEY MURDER THE RELEASED INMATE, CLAIMING IT WAS SUICIDE.

(3) With any possibility of legality, I would plead the court to make precedent, and split the issue's, so my suit for a honest, public, evidentiary hearing, bringing in the facts of the innocent Executed, will asume its own direction, seperate of Marvin Gabrion II's murder charges. I say execution, in light of the facts of innocent executed, is unconstitutional. (briefs and earlier En Banc's to court had absolute proof of many(100's?), of innocent executed. Thank you.

(4) It is Unconstitutional for Michigan law Makers, or its inhabitants to enact laws "PROVIDING FOR THE PENALTY OF DEATH". They violated 16 U.S.C. 480 when they offered jurisdiction for murder, or over bodies found in national forests, to the federal goverment. For those reasons, 3.401 is unconstitutionally vague. and 3.402 directly violates aforementioned, constitution of michigan, U.S.'s, and the congresses(top law makers), clearly worded congressional act.

(5) Because of extreme differences between various states murder laws, court rulings, etc. whitch represents the rights of each states citizens, whitch differenteraites totally with the "stab em, in the back, slab em", federal prosecutors, all state laws offering criminal jurisdiction over the crime of murder within all the states NATIONAL FORESTS, AUTO-MATICALLY ARE VOIDED, AS THEY OBSTRUCT, 16 U.S.C. 480, and make moot, unimportant, useless, the rights of the states citicens.     THANK YOU.

(6)                     PRO-SE(with well described stand bye, and assisting counsel.)    It has been well defined in this filing, that Marvin would be free, and the real killers possibly arrested, had not, scoville, then Holmes Bell, refused Gabrion's Pro-se requests. They should be removed.(i)I need access to Michigan laws. A blue eyed staff, at UNIVERSITY OF MICHIGAN, CLINICAL LAW PROGRAM, SHOULD SUFICE. THEY WOULD HELP MY FILINGS WITHIN THAT JURISDICTION. (2) lawyers that helped Kenneth Richey off Ohio's death row, should be ordered to replace, McNally O'Donnell, Clarke, ETC.   I choose chosen counsel, not prosecuotrs via illegal first ammendment theft of free comunications, by corupt B.O.P.(as they, and Maggott O'Donnell have been doing).

(7) appoint a magistrate judge to get court officer to make sure all Gabrion's mail is going out and in, unobstructed by corupt B.O.P.! They stoled my rights to sell books, patend inventions(one would stop 90% of current air polution from exhaust, coal, trash inceneraters,) Even alowly federal judiciary(wink), might see the value in a more free Marvls1, in so much as mail, patends and book writing is concerned. I want all mail restrictions removed. with a warning to them that they should not steal, Ideas, from inmates mail!!!

14 of 15, plus 10 exhibits, New Found evidence.

# RELIEF/DECISION SOUGHT

as to (2), Firstly I would accept, protective custody, other then a corrections instituion, at a high class, (of my choosing), Private hospital. As far as Hon. Robert Holmes Bell, He used the Media to self pro-mote, himself and loook at me, as if he(and readers were looking at some one that all though not really deserving of the law, Bell the great, would none-the-less, make sure IT, revieved a fair trial). what a crock of shit!  Bell should publically apologize. and pay the father of shannon verhage, **1** million dollars. But that is all up to him. The Marvls1 has much more important things, more posative, then bringing down, Holmes Bell's personal JUDGESHIP. same apply's for Magistarte Joseph Scoville. except, that sara lost a sister, and velda a daughter, scoville clearly contributed to the delinquency of Rachel Timmerman. He is federal Judiciary. off work, in their private investments, pleasure, vacations abroad, everywhere at all times, they must be held to a higher standard. thus. He could voluntarilly, pay .5 million, to said two ladies, and Marvls1 will not be angered by that.  I say all is forgiven, to all.

as to (7), The Marvls1, has been reduced to contact with only the few members of the drug gang that are his blood emediate fammilly. Where as many people trying to change the nation and world for the better, would ABSOLUTELY LOVE TO ENJOY, AND WOULD BUY, THE MARVLS1's MARVLS1ish, futuristic, and emediate plans to eliminate war, diseases, bring great extension of life to all the senile, and lovely members of the Federal judiciary and all! ELEMINATES 100% C.O. from exhaust, incenerators, ETC.!

I want a lawyer, to be found, so I can seal mail to them, whom's entire job is to make certain that the Marvls1 has full access to editors, other lawyers, a way to approach ford and other companies with his world changing(improving always), machines, and other medical inventions.

Att.James sterling Lawrence, claimed he would take my case for $50,000. exactly what types of conspiatory(if any), agreements he made, with? Bell, prosecutors, CLARKE! this court should investigate. other then that, He, Mr. Lawrence, could be my... FREEDOM OF SPEECH, FREE COMUNICATIONS, COURT APPOINTED(AND PAID FOR)LAWYER. REGARDLESS OF ANY OTHER DECISIONS ON ANY OTHER OF THE EARLIER (6) thru (1), this court must restore those constitutional rights, to the MARVLS1.   Thank You!!!

---

Lawyers, Media, president, etc.
PLZ call Mr. Bruce Ryherd,
812-244-4572 bryherd@bop.gov
to arrange calls, visits, mail.
Pres. Bush can pardon, MARVLS1 !

*Marvin Gabrion II*
Marvin Gabrion II

Marvin Gabrion II
#09184-055 S.C.U.
U.S. Federal Death Row.
P.O. Box 33
Terre Haute, Indiana.
  47808-0033

APRIL, 14th, 2008

PG 15 oF 15
exhibits.
new Found
evidence.