UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

                                    File No. 1:99-cr-76

v.

                                      HON. ROBERT J. JONKER

MARVIN CHARLES GABRION, II,

      Defendant.

_____/

**ORDER**

    In accordance with the Opinion entered this date in File No. 1:15-cv-447,

    **IT IS ORDERED** that Defendant's *pro se* motion to dismiss or replace his appointed counsel (ECF No. 778) is **DENIED**.


Dated:    October 4, 2018          /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     CHIEF UNITED STATES DISTRICT JUDGE